**Entered on Docket**
**April 21, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: April 21, 2021

*[signature: Stephen Johnson]*
_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **COLIN HOE YOUNG**, <br><br> Debtor. | Case No. 17-50098 SLJ <br> Chapter 11 |
| **COLIN HOE YOUNG**, <br><br> Plaintiff, <br><br> v. <br><br> **JAMES RICHARDSON and SUSAN RICHARDSON**, <br><br> Defendant(s). | Adv. Proc. 17-05067 SLJ |

## JUDGMENT

For the reasons stated in the court's Order Following Trial, entered on November 14, 2019, good cause appearing,

/ / /

/ / /

JUDGMENT                                                                                                                          1/3

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Debtor has a right to sell Belvoir Springs under § 363(h). The estate and the Richardsons each own 50% interest in Belvoir Springs, and after the sale, Debtor shall distribute 50% of the net proceeds to the Richardsons in accordance with § 363(j).[1]
2. Debtor's objection to the Claim of the Richardsons is sustained and the Claim is disallowed.
3. Debtor's request to reopen discovery, reopen trial, and amend the complaint is denied.

**\*\*\* END OF ORDER \*\*\***

---

[1] Capitalized terms have the same meaning as defined in the Order Following Trial.

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | [ECF recipients] |
| 3 | |
| 4 | By U.S. Mail: |
| 5 | |
| 6 | Shelby Clark |
| | 4320 Chico Creek Ln NW |
| 7 | Bremerton, WA 98312-1414 |
| 8 | Shelby Clark |
| 9 | c/o Law Offices of Shelby L. Clark |
| | Pruneyard Tower One |
| 10 | 1901 S. Bascom Ave., Ste. 1240 |
| 11 | Campbell, CA 95008 |
| 12 | Shelby Clark |
| 13 | 236 N. Santa Cruz Ave., #227 |
| | Los Gatos, CA 95030 |